IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| EARRICK BRIGHT, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:11-cv-00180-SWW |
| | * |
| EVONIK CYRO, LLC and Fictitious | * |
| Defendants "A", "B", and "C", | * |
| whether singular or plural, those other | * |
| persons, corporations, firms, or other entities | * |
| whose wrongful conduct caused or contributed | * |
| to cause the injuries and damages to the | * |
| Plaintiff, all of whose true and correct names | * |
| are unknown to Plaintiff at this time, but | * |
| will be substituted by amendment when | * |
| ascertained, | * |
| | * |
| Defendants. | * |

ORDER

The applications [doc.#'s 6 & 7] to admit Stanford G. Wilson and Porsche D. Léonce *pro hac vice* as counsel for defendant Evonik Cyro, LLC,[1] are hereby granted.

IT IS SO ORDERED this 23rd day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Evonik Cyro, LLC states it was misidentified in the complaint as "Evonic Cyro, LLC." The Clerk is directed to correct the record to reflect that this defendant's proper name is "Evonik Cyro, LLC."