IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| EARRICK BRIGHT, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:11-cv-00180-SWW |
| | * | |
| | * | |
| EVONIK CYRO, LLC, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed.

IT IS SO ORDERED this 30th day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE