# IN THE UNITED STATES COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**EARRICK BRIGHT,**  **PLAINTIFF**

**v.**  **CASE NO.:311CV00180SWW**

**EVONIK CYRO, LLC,**  **DEFENDANT**

_____

## BILL OF COSTS

COMES NOW Defendant Evonik Cyro, LLC and, pursuant to 28 U.S.C. § 1920 and Rule 54(d)(1) of the Federal Rules of Civil Procedure, submits this Bill of Costs. Judgment having been entered in the above-entitled action on May 30, 2013 against Plaintiff Earrick Bright, the Clerk is requested to tax the following as costs:

**I.   Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case**

| Date | Amount | Description |
|---|---|---|
| 1/15/2013 | $1, 228.45 | Transcript of the deposition of Plaintiff Earrick Bright (See invoice at Exhibit 1.) |
| 1/16/2013 | $553.50 | Transcript of the deposition of Teresa Bright (See invoice at Exhibit 1.) |
| **Subtotal I** | **$1,781.95** | |

## II. Fees for exemplification and copies of papers necessarily obtained for use in the case

### A. Internal Copies

| Date | Pages Copied[1] | Amount[2] | Description |
|---|---|---|---|
| 01/20/12 | 17 | $2.55 | Defendant Evonik Cyro, LLC's Motion to Dismiss and Memorandum in Support |
| 01/20/12 | 2 | $0.30 | Defendant's Corporate Disclosure Statement |
| 01/20/12 | 7 | $1.05 | Application to Admit Counsel Pro Hac Vice (Stanford G. Wilson) |
| 01/20/12 | 5 | $0.75 | Application to Admit Counsel Pro Hac Vice (Porsche D. Léonce) |
| 01/23/13 | 1 | $0.15 | Order Granted for Pro Hac Vice for Stanford G. Wilson and Porsche D. Léonce |
| 02/01/12 | 2 | $0.30 | Order Granting Motion to Extend Time |
| 02/10/12 | 8 | $1.20 | Plaintiff's Response to Motion to Dismiss of Defendant, Evonik Cyro, LLC and Brief in Support |
| 02/14/12 | 10 | $1.50 | Defendant, Evonik Cyro, LLC Motion for Leave to File Reply Brief and Brief in Support |

---

[1] Copies of each document include one (1) file copy for Defendant's counsel to satisfy applicable professional standards.

[2] Clients are charged for copies at a rate of 15¢ per page.

- 2 -

| | | | |
|---|---|---|---|
| 02/14/12 | 2 | $0.30 | Order Granting Motion for Leave to File Reply Brief |
| 03/12/12 | 7 | $1.05 | Order Denying in Part and Granting in Part Defendant's Motion to Dismiss |
| 03/26/12 | 13 | $1.95 | Defendant Evonik Cyro, LLC's Answer |
| 05/21/12 | 2 | $0.30 | Initial Scheduling Order |
| 08/06/12 | 5 | $0.75 | Rule 26(f) Report |
| 08/06/12 | 5 | $0.75 | Final Scheduling Order |
| 10/10/12 | 65 | $9.75 | Defendant's Motion to Compel Discovery and Memorandum in Support |
| 10/12/12 | 1 | $0.15 | Order Granting extension for discovery |
| 10/17/12 | 5 | $0.75 | Plaintiff's Response to Motion to Compel Discovery and Brief in Support |
| 11/05/12 | 4 | $0.60 | Order denying Defendant's Motion to Compel as Moot |
| 11/13/12 | 1 | $0.15 | Order Granting Plaintiff's Motion for Leave to File an Amended Complaint |
| 11/16/12 | 5 | $0.75 | Defendant Evonik Cyro, LLC Unopposed Motion to Modify the Scheduling Order |
| 11/19/12 | 1 | $0.15 | Order Granting Defendant's Motion to Modify Scheduling Order |
| 11/27/13 | 15 | $2.25 | Defendant's Answer to Plaintiff's First Amended Complaint |
| 01/25/13 | 2 | $0.30 | Plaintiff's Motion for Continuance |
| 01/25/13 | 1 | $0.30 | Order Granting Motion to Continuance Trial |

| | | | |
|---|---|---|---|
| 02/11/13 | 1 | $0.30 | Order setting 7/15/13 Trial Date |
| 03/01/13 | 31 | $4.65 | Defendant's Motion for Summary Judgment |
| 03/01/13 | 386 | $57.90 | Defendant's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment |
| 03/14/13 | 42 | $6.30 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment |
| 03/14/13 | 128 | $19.20 | Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Statement of Material Facts in Dispute |
| 03/25/13 | 31 | $4.65 | Defendant's Reply Brief in Support of Its Its Motion for Summary Judgment |
| | 1,384 | $207.45 | Copies of documents EVNK0001 through EVNK1384 produced during the course of discovery |
| | **Sub Total II. (A.)** | **$328.50** | |

B. **External Copies**

| **Date** | **Amount** | | **Description** |
|---|---|---|---|
| 09/25/12 | $22.73 | | Fee for copies of records provided in response to subpoena to IOD (Seemes Murphey Medical Group) (See invoice at Exhibit 1.) |
| 09/25/12 | $46.27 | | Fee for copies of records provided in response to subpoena to St. Benards Medical Center (See invoice at Exhibit 1.) |

- 4 -

| Date | Amount | Description |
|---|---|---|
| 09/27/12 | $27.00 | Fee for copies of records provided in response to subpoena to H&H Services, Inc. (See invoice at Exhibit 1.) |
| 09/28/12 | $40.39 | Fee for copies of records provided in response to subpoena to HealthPort (Cullom Clinic) (See invoice at Exhibit 1.) |
| 10/08/12 | $20.00 | Fee for copies of records provided in response to subpoena to Rheumatology and Dermatology Associates, PC (See invoice at Exhibit 1.) |
| 10/23/12 | $7.75 | Fee for copies of records provided in response to subpoena to Family Foot & Ankle Center (See invoice at Exhibit 1.) |
| 12/15/12 | $39.31 | Fee for copies of records provided in response to subpoena to HealthPort (Dickson Orthopedic Clinic) (See invoice at Exhibit 1.) |
| 01/04/13 | $35.00 | Fee for copies of records provided in response to subpoena to Tri-State Neurology (See invoice at Exhibit 1.) |
| 01/08/13 | $44.33 | Fee for copies of records provided in response to subpoena to IOD (Semmes Murphey Medical Group) (See invoice at Exhibit 1.) |
| 01/28/13 | $56.27 | Fee for copies of records provided in response to subpoena to St. Benards Medical Center (See invoice at Exhibit 1.) |
| **Sub Total II. (B.)** | **$339.05** | |
| **Total of I. & II.** = | **$2,449.45** | |

- 6 -

WHEREFORE, for the reasons set forth herein and in the accompanying exhibit, Defendant respectfully requests that the Clerk tax the amount of $2,449.45 as costs against Plaintiff Earrick Bright.

Respectfully submitted this 13th day of June, 2013.

By   */s/Porsche D. Léonce*
    Stanford G. Wilson, Georgia Bar No. 769175
    (*Pro hac vice*)
    Porsche D. Léonce, Georgia Bar No. 117089
    (*Pro hac vice*)

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700 phone
(404) 222-9718-facsimile
swilson@elarbeethompson.com
leonce@elarbeethompson.com
Attorneys for Defendant Evonik Cyro, LLC

## **CERTIFICATION OF COUNSEL**

I, Porsche D. Léonce, declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged where actually and necessarily performed.

>*/s/ Porsche D. Léonce*
>Porsche D. Léonce
>Attorney for Defendant Evonik Cyro, LLC
>(*pro hac vice*)

## **CERTIFICATE OF SERVICE**

I, Porsche D. Léonce, certify that a copy of the foregoing has been served to the following counsel via the Court's ECF system on this 13th day of June, 2013.

>Brian D. Dover
>Gena Gregory

>*/s/ Porsche D. Léonce*
>Porsche D. Léonce
>Attorney for Defendant Evonik Cyro, LLC
>(*pro hac vice*)